**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID FERNANDO CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>Respondents. | Case No. 5:26-cv-04407-JFW-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of the objections.

Accordingly, IT IS HEREBY ORDERED:

1. The Magistrate Judge's Report and Recommendation (Dkt. 13) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for Writ of Habeas Corpus (Dkt. 1) is DISMISSED without prejudice.

Date: October 9, 2026

JOHN F. WALTER
United States District Judge